UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Civil Case Number: _____

| | |
|---|---|
| Peter Gerold, | : |
| Plaintiff, | : |
| vs. | : |
| Synchrony Bank f/k/a GE Capital Retail Bank, | : |
| Defendant. | : |

**COMPLAINT**

For this Complaint, Plaintiff, Peter Gerold ("Plaintiff"), by undersigned counsel, states as follows:

**JURISDICTION**

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

**PARTIES**

3. Plaintiff, Peter Gerold ("Plaintiff"), is an adult individual residing in Cape Coral, Florida, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant, Synchrony Bank f/k/a GE Capital Retail Bank ("Synchrony"), is a Utah business entity with an address of 170 West Election Road, Suite 125, Draper, Utah 84020, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. On or about September 28, 2016, Synchrony began calling Plaintiff's cellular telephone, number 239-xxx-0249, using an automatic telephone dialing system ("ATDS" or "predictive dialer") and/or using an artificial or prerecorded voice.

6. When Plaintiff answered calls from Synchrony, he heard a prerecorded message regarding his account.

7. On or about October 17, 2016, Plaintiff told Synchrony that he was making partial payments and requested that all calls to his cellular telephone number cease.

8. Nevertheless, Synchrony continued to place automated calls to Plaintiff's cellular telephone number.

9. Synchrony's calls directly interfered with Plaintiff's right to peacefully enjoy a service that Plaintiff paid for and caused Plaintiff a significant amount of anxiety, frustration and annoyance.

## COUNT I
## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, et seq.

10. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. At all times mentioned herein, Defendant called Plaintiff on his cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

12. Defendant continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

13. The telephone number called by Defendant was assigned to a cellular telephone serviced by Verizon for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

14. Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

15. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

16. Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

17. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: April 6, 2017

                                                      Respectfully submitted,

                                                      */s/ Stan Michael Maslona*
                                                      Stan Michael Maslona, Esq.
                                                      Florida Bar No. 86128
                                                      Lemberg Law, LLC
                                                      43 Danbury Road, 3rd Floor
                                                      Wilton, CT 06897

Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com

4