# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Peter Gerold, | : |
| | : |
| Plaintiff, | : Civil Action No.: 2:17-cv-00193-UA-CM |
| v. | : |
| Synchrony Bank f/k/a GE Capital Retail Bank, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: September 27, 2017

                                        Respectfully submitted,

                                        By   /s/ Stan Michael Maslona
                                        Stan Michael Maslona, Esq.
                                        Florida Bar No. 86128
                                        LEMBERG LAW, L.L.C.
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Stan Michael Maslona

      Stan Michael Maslona, Esq.