UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PETER GEROLD,

      Plaintiff,

v.                    Case No:  2:17-cv-193-FtM-29CM

SYNCHRONY BANK,

      Defendant.

_____

**ORDER**

On September 27, 2017, the Court entered an Order (Doc. #21) administratively closing the case for a period of time to allow the parties to submit final documents.  That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of November, 2017.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record